**Opinion issued October 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-13-00042-CV**

—————————————

**SANTANA ENERGY SERVICES, LLC, Appellant**

**V.**

**PATHFINDER ENERGY SERVICES, INC., SMITH INTERNATIONAL, INC., AND COIL TUBING SERVICES, LLC, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2009-61939**

---

**MEMORANDUM OPINION**

Appellant, Santana Energy Services, LLC, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts

of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5; 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.